**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>                                Plaintiff,   )<br>                                                     )<br>vs.                                              )<br>                                                     )<br>WILLIAM BULLARD,                   )<br>                                                     )<br>                                Defendant. )<br>_____) | Case No. 2:10-cr-00374-LDG-PAL<br><br>**<u>ORDER</u>** |

Before the court is Defendant's Motion for Leave to File, and Motion for Bill of Particulars Pursuant to Federal Rule of Criminal Procedure 7(f) (Dkt. #50). The government did not file an opposition to Defendant's Request for Leave to file a Motion for Bill of Particulars. However, the parties submitted a Stipulation (Dkt. #55) indicating the parties are attempting to reach a pretrial resolution in this matter, but that defense counsel is having difficulty contacting his client. The government requests that the deadline for the government's response to Defendant's Motion for Leave to File a Motion for Bill of Particulars be held in abeyance until further order of the court, indicating that if this case proceeds to trial, the government will prepare a timely response.

The trial in this matter has been continued three times pursuant the parties' stipulation. Trial is currently scheduled for March 28, 2011. Under these circumstances, the court will grant the government an extenion until **March 11, 2011**, to file a response, and give Defendant until March 18, 2011, to file a reply in the event the parties have been unable to reach a negotiated resolution of this case.

///

///

///

**IT IS ORDERED** the parties' Stipulation (Dkt. #55) is **NOT APPROVED**. The government shall have until **March 11, 2011**, in which to file a response to Defendant's Motion (Dkt. #50), and Defendant shall have until **March 18, 2011**, in which to file a reply.

Dated this 28th day of February, 2011.

_____
Peggy A. Leen
United States Magistrate Judge