DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-0374-LDG-PAL |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |
| WILLIAM BULLARD, | (Uncontested) |
| Defendant. | |

### MOTION TO DISMISS

Comes now, the United States of America, by and through counsel, Daniel G. Bogden, United States Attorney for the District of Nevada, and Bradley W. Giles, Assistant United States Attorney, hereby moving to dismiss, without prejudice, the indictment in the above-captioned case. Undersigned counsel has been unable to obtain evidence relevant to the Government's discovery obligations at the present time and cannot currently proceed absent that evidence.

. . .

. . .

Counsel for the Defendant, Mr. William Carrico, Assistant Federal Public Defender, has been contacted and has no objection to this request.  Therefore, it is respectfully requested that this Court enter an Order dismissing the above-caption criminal case against Defendant William Bullard without prejudice and vacating all dates.

Respectfully submitted this, the 15th day of March, 2011

DANIEL G. BOGDEN
United States Attorney

/s/ Bradley W. Giles

BRADLEY W. GILES
Assistant United States Attorney

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that the undersigned has served counsel for Defendant William Bullard with the foregoing by means of electronic filing.

/s/ Bradley W. Giles
_____
BRADLEY W. GILES
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED this ____ day of March, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge